IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: EHT US1, INC., et al, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Bankruptcy Case No. 21-10036 (CSS) |
| HOWARD WU, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1413 (MN) |
| | ) | BAP No. 21-68 |
| EHT US1, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| HOWARD WU, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1414 (MN) |
| | ) | BAP No. 21-69 |
| EHT US1 INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| HOWARD WU, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1415 (MN) |
| | ) | BAP No. 21-70 |
| EHT US1, INC., et al. and BANK OF AMERICA, | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER**

At Wilmington, this 9th day of November 2021,

WHEREAS, on November 3, 2021, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 8 in C.A. Nos. 21-1413 & 21-1414 and D.I. 10 in C.A. No. 21-1415)

recommending that these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' positions (D.I. 8 at 5; D.I. 10 at 5); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and these matters are withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, pursuant to the parties' agreement (D.I. 8 at 4; D.I. 10 at 4), these matters and consolidated for procedural and briefing purposes.

IT IS FINALLY ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 8 at 4; D.I. 10 at 4):

Appellants' Single Consolidated Opening Brief – December 9, 2021

Appellees to each file a single consolidated Answering Brief –no later than the first business day that is 45 days after Appellants filed their opening brief

Appellants' Single Consolidated Reply Brief –No later than the first business day that is 21 days after Appellees file their answering brief.

The Honorable Maryellen Noreika
United States District Court